Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff
American Steamship Owners Mutual
Protection and Indemnity Association, Inc.
225 West 34th Street, Suite 402
New York, New York 10122
Telephone: (646) 328-0120
Facsimile: (646) 328-0121
William R. Bennett, III (WB 1383)
wbennett@bgmplaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION and INDEMNITY ASSOCIATION, INC.

      Plaintiff,

 - against -

LAND-OIL TRADING (PTE) LTD. and BONVOY
SHIPPING, S.A.,

      Defendant.
-----------------------------------------------------------------X

**EX PARTE ORDER
FOR PROCESS
OF MARITIME
ATTACHMENT AND
APPOINTMENT TO
SERVE PROCESS**

  WHEREAS, on July 11, 2007, Plaintiff filed a Verified Complaint seeking damages of $64,815.69 arising from Defendants' failure to pay insurance premiums due under a maritime contract. That same day, Plaintiff also moved for the Court to issue, *ex parte*, Process of Maritime Attachment and Garnishment ("PMAG") under Rule B of the Supplemental Rules for Certain Admiralty Claims; and,

  WHEREAS, the PMAG would command the U.S. Marshal or other designated process server to attach any and all of the Defendants' property within this District, up to the amount of Plaintiff's claim; and,

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-13-07

WHEREAS, the Court has reviewed the Verified Complaint and the supporting affidavit of William R. Bennett, III, and finds that the requirements of Rule B appear to be satisfied, it is hereby

ORDERED that PMAG under Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims shall issue against Defendant's assets in this district consisting of cash, funds, freight, and hire credits in the hands of BNP Baribas, Fortis Bank, JP Morgan Chase, Deutsche bank, HSBC (USA) Bank, Doha Bank, American Express Bank, Citibank, and/or any other New York City banks and financial institutions, in an amount up to and including $64,815.69. It is further

ORDERED that any person claiming an interest in the property attached or garnished pursuant to this order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted. It is further

ORDERED that supplemental process enforcing this Order may be issued by the Clerk upon application without further order of the Court. It is further

ORDERED that following initial service by the United States Marshal or other designated process server upon each garnishee, that supplemental service of the PMAG, as well as this Order, may be made by way of facsimile transmission to any garnishee that advises Plaintiff that it consents to such service; and it is further

ORDERED that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

ORDERED that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means; and it is further

ORDERED that a copy of this Order be attached to and served with the PMAG; and it is further

ORDERED that Mr. Bennett, or any other person ^(at least 18 years of age and not a party to the action) directed by Bennett, Giuliano, McDonnell & Perrone, LLP, counsel for Plaintiff, is permitted to serve the PMAG in this matter. The Court has reviewed Mr. Bennett's affidavit and found that the appointment would result in substantial economics in time and expense, and signed an Order of Appointment.

Dated: July 12, 2007
New York, New York

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Z:\Documents\All Files\D686 Land-Oil\Pleadings\ExParteOrder-071107.doc

3