# Bennett, Giuliano, McDonnell & Perrone, LLP

| | | |
|---|---|---|
| **New Jersey Office:** | **225 West 34th Street, Suite 402** | **Florida Office:** |
| 201 Littleton Road | **New York, New York 10122** | 6615 West Boynton Beach Blvd. |
| P.O. Box 513 | | No. 351 |
| Morris Plains, NJ 07950 | Telephone: (646) 328-0120 | Boynton Beach, FL 33437 |
| Tel. (973) 387-0480 | Telefax: (646) 328-0121 | Tel. (561) 337-8816 |
| Fax (973) 796-2884 | www.bgmplaw.com | Fax. (561) 337-4653 |

William R. Bennett, III, *Partner*
wbennett@bgmplaw.com

[USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/25/07]

October 25, 2007
**By Facsimile Only (212) 805-7901**

Honorable Harold Baer, Jr.
United States District Judge
United States District Court
United States Courthouse
500 Pearl Street
New York, New York 10007

[RECEIVED OCT 25 2007 HAROLD BAER U.S. DISTRICT JUDGE S.D.N.Y.]

Re: American Steamship v. Land Oil
07 cv 6358
Our File: D686

Dear Judge Baer,

We are attorneys for plaintiff in the above referenced matter, which is a Rule B attachment. A conference is scheduled for 2:45 p.m., this afternoon before your Honor. To date none of the defendants have appeared and therefore the conference will likely be unproductive. We request a thirty (30) day adjournment of this conference or in the alternative be able to appear by phone this afternoon.

We apologize for any inconvenience this may cause the Court and thank you for your courtesies.

Very truly yours,

William R. Bennett, III

[Handwritten: Dec 27, 07 at 2:30]

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 10/25/07