# Bennett, Giuliano, McDonnell & Perrone, LLP

| New Jersey Office: | 494 8th Avenue, 7th floor | Florida Office: |
|---|---|---|
| 201 Littleton Road | New York, New York 10001 | 6615 West Boynton Beach Blvd. |
| P.O. Box 513 | | No. 351 |
| Morris Plains, NJ 07950 | | Boynton Beach, FL 33437 |
| (973) 387-0486 | Telephone: (646) 328-0120 | Tel. (561) 337-8816 |
| Fax (973) 796-2884 | Telefax: (646) 328-0121 | Fax. (561) 337-4653 |
| | www.bgmplaw.com | |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07

William R. Bennett, III, *Partner*
wbennett@bgmplaw.com

December 27, 2007
*By Facsimile Only (212) 805-7901*

RECEIVED
DEC 27 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

Honorable Harold Baer, Jr.
United States District Court Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: American Steamship v. Land Oil
    07 cv 6358
    Our File: D686

Dear Judge Baer,

    We are attorneys for plaintiff in the above referenced matter, which is a Rule B attachment. A conference is scheduled for 2:45 p.m., this afternoon before your Honor. To date we have been unable to locate any assets belonging to the defendants and none of the defendants have appeared. Accordingly, we believe today's conference will likely be unproductive. We respectfully request an adjournment of the conference till February 27, 2008.

    We apologize for any inconvenience this may cause the Court and thank you for your courtesies.

Very truly yours,

William R. Bennett, III

12/27/07 — I will adjourn to Feb 27 but if the underlying attachment fails unless you have some case on point we will dismiss.

SO ORDERED
Harold Baer
USDJ

Endorsement:

    I will adjourn to February 27 but on the understanding that the attachment will be vacated unless you have case law that suggests it go on in perpetuity.